PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**SEALED**



**FILED**
Apr 01, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       v.<br><br>SALVADOR VEGA RENDON JR.,<br><br>                              Defendants. | CASE NO. 1:21-cr-00093-DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on April 1, 2021 charging the above defendant with violations of 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine and Fentanyl; 18 U.S.C. § 924(c) – Using, Carrying, or Possessing a Firearm During and in Relation to a Drug Trafficking Crime; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the

issuance and execution of the warrants.

DATED: April 1, 2021   Respectfully submitted,

                        McGREGOR W. SCOTT
                        United States Attorney

              By   /s/ KATHERINE E. SCHUH
                        KATHERINE E. SCHUH
                        Assistant U.S. Attorney

    IT IS SO ORDERED.

Dated:  April 1, 2021                     /s/ Sheila K. Oberto
                                      SHEILA K. OBERTO
                                      U.S. Magistrate Judge