PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 1:21-CR-00093-DAD-BAM |
|---|---|
| Plaintiff, | MOTION TO UNSEAL INDICTMENT |
| v. | |
| SALVADOR VEGA RENDON, JR., | |
| Defendant. | |

On April 1, 2021, the grand jury returned an indictment against Salvador Vega Rendon, Jr. in the above-captioned matter. On May 25, 2021, Salvador Vega Rendon, Jr. was arrested on the charges in the indictment. As a result, there is no longer any need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

Dated: May 25, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Katherine E. Schuh
KATHERINE E. SCHUH
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SALVADOR VEGA RENDON, JR.,<br><br>　　　　　　　Defendant. | CASE NO: 1:21-CR-00093-DAD-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

　　Upon application of the United States of America and good cause having been shown,

　　IT IS HEREBY ORDERED that the indictment in the above-captioned matter be, and is, unsealed.

Dated: May 25, 2021

　　　　　　　　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　The Honorable Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE