PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SALVADOR RENDON JR.,<br><br>　　　　　　　Defendant. | CASE NO. 1:21-CR-00093-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 9, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**BACKGROUND**

This case is set for a status conference on February 9, 2022. The parties hereby move to continue the status conference to May 11, 2022, and to exclude time under the Speedy Trial Act between February 9, 2022 and May 11, 2022, inclusive.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous order, this matter was set for a status conference on February 9, 2022.

2.　By this stipulation, defendant now moves to continue the status conference until May 11, 2022, and to exclude time between February 9, 2022, and May 11, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.　The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, laboratory reports, photographs, and a cellular phone download. All of this discovery has been either produced directly to counsel or is in the process of being transmitted, and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the charges, consult with his client, review the discovery provided by the government, conduct additional investigation, and discuss possible resolution of the charges with the government.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2022 to May 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 31, 2022                     PHILLIP A. TALBERT
                                             Acting United States Attorney

                                             /s/ KATHERINE E. SCHUH
                                             KATHERINE E. SCHUH
                                             Assistant United States Attorney

Dated:  January 31, 2022                     /s/ PRECILIANO MARTINEZ
                                             PRECILIANO MARTINEZ
                                             Counsel for Defendant
                                             SALVADOR RENDON JR.

## ORDER

IT IS SO ORDERED that the status conference is continued from February 9, 2022, to **May 11, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **January 31, 2022**                /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE