PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:21-CR-00093-NODJ-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SALVADOR RENDON JR., | DATE: April 24, 2024 TIME: 1:00 p.m. COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

**BACKGROUND**

This case is set for a status conference on April 24, 2024.  The parties hereby move to continue the status conference to August, and to exclude time under the Speedy Trial Act between April 24, 2024 and August 14, 2024, inclusive.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on April 24, 2024.

2.      By this stipulation, defendant now moves to continue the status conference until August 14, 2024, at 1:00 p.m., and to exclude time between April 24, 2024, and August 14, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports, laboratory reports, photographs, and a cellular phone download. All of this discovery has been either produced directly to counsel or is in the process of being transmitted, and/or made available for inspection and copying. The government also previously sent a plea offer to defense.

b)      Counsel for defendant was appointed to this matter on May 19, 2023. Dkt. 52. Counsel for the defendant desires additional time to review the charges, consult with her client, review the discovery provided by the government, conduct additional investigation, and discuss possible resolution of the charges with the government and her client. The defense does not anticipate seeking a further continuance of the status conference.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2024 to August 14, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\
\\\
\\\
\\\
\\\

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 9, 2024                                         PHILLIP A. TALBERT
                                                             United States Attorney


                                                             /s/ HENRY Z. CARBAJAL III
                                                             HENRY Z. CARBAJAL III
                                                             Assistant United States Attorney


Dated:  April 9, 2024                                        /s/ BARBARA H. O'NEILL
                                                             BARBARA H. O'NEILL
                                                             Counsel for Defendant
                                                             SALVADOR RENDON JR.


## <u>ORDER</u>

IT IS SO ORDERED that the status conference is continued from April 24, 2024, to **August 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **April 10, 2024**                      /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE