PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00093-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL DATE; FINDINGS AND ORDER |
| v. | |
| SALVADOR RENDON JR., | DATE: August 14, 2024 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

**BACKGROUND**

This case is set for a status conference on August 14, 2024. The parties hereby move to vacate the status conference and set a trial date on February 11, 2025, and to exclude time under the Speedy Trial Act between the date of this stipulation and February 11, 2025, inclusive.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on August 14, 2024.

2. By this stipulation, the parties now move to vacate the status conference as to defendant Rendon and set the matter for trial on **February 11, 2025, at 8:30 a.m.**, and to exclude time between the date of this stipulation and February 11, 2025 under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, laboratory reports, photographs, and a cellular phone download. All of this discovery has been either produced directly to counsel or is in the process of being transmitted, and/or made available for inspection and copying.  The government also previously sent a plea offer to defense.

   b) Counsel for the defendant desires additional time to review the charges, consult with her client, review the discovery provided by the government, conduct additional investigation, and discuss possible resolution of the charges with the government and her client. Given the volume of discovery, defense counsel's current schedule, and the defense's need to further consider the government's plea offer, the parties request a trial date on February 11, 2025.

   c) By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., through and including August 14, 2024 for *inter alia* further investigation and preparation.  The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including February 11, 2025, to allow the defendant to continue to consult with counsel, to consider the government's plea offer, conduct further investigation, and fully prepare prior to the trial date.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to February 11, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv)

STIPULATION VACATING STATUS AND SETTING TRIAL DATE

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 2, 2024                    PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ HENRY Z. CARBAJAL III
                                          HENRY Z. CARBAJAL III
                                          Assistant United States Attorney

Dated:  August 2, 2024                    /s/ BARBARA H. O'NEILL
                                          BARBARA H. O'NEILL
                                          Counsel for Defendant
                                          SALVADOR RENDON JR.

## ORDER

IT IS SO ORDERED that the status conference set for August 14, 2024, is vacated. A jury trial is set for **February 11, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **1 week**. A trial confirmation is set for **January 27, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **August 5, 2024**               /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE