MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>            v.<br><br>SALVADOR RENDON,<br><br>                          Defendant. | CASE NO. 1:21-CR-00093-NODJ-BAM<br><br>STIPULATION AND ORDER ON PRE-TRIAL SCHEDULE<br><br>DATE: May 13, 2025<br>TIME: 8:30 a.m.<br>COURT: |

The parties stipulate and agree and request to enter an Order on the following:

1. Motions in limine:

    a. Due: April 22

    b. Response due: April 29

    c. Hearing on motions: May 5

2. Expert Notice due: April 21, 2025

3. Trial brief due: May 5

4. Jury instructions due: May 5

///

///

///

///

STIPULATION ON PRE-TRIAL SCHEDULE                    1

5. Witness list due: May 9

6. Exhibits due to counsel and the court: May 9

Dated: April 17, 2025                                  MICHELE BECKWITH
                                                      Acting United States Attorney

                                                By:  /s/ KIMBERLY A. SANCHEZ
                                                      KIMBERLY A. SANCHEZ
                                                      Assistant United States Attorney

Dated: April 18, 2025


                                                       /s/ BARBARA O'NEILL
                                                      BARBARA O'NEILL
                                                      Attorney for Salvador Rendon

## ORDER

Having considered the parties stipulation on a pre-trial schedule, it is so ordered that:

1. Motions in limine:

    a. Due: April 22

    b. Response due: April 29

    c. Hearing on motions: May 5

2. Expert Notice due: April 21, 2025

3. Trial brief due: May 5

4. Jury instructions due: May 5

5. Witness list due: May 9

6. Exhibits due to counsel and the court: May 9

Date: April, 22, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION ON PRE-TRIAL SCHEDULE                            2