MICHELE BECKWITH
Acting United States Attorney
MICHAEL G. TIERNEY
KIMBERLY A. SANCHEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00093-TLN |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| SALVADOR VEGA RENDON, JR., | |
| Defendant. | |

    Pursuant to Local Rule 141(b) and based upon the authorities contained in the Request to Seal filed by the United States, IT IS HEREBY ORDERED that the government's motion in limine to exclude personnel matters of a government witness, the proposed order granting that motion, and the government's Request to Seal, shall be SEALED until further order of this Court.

    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing these documents serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its notice of request to seal, the Court further finds that there are no

///

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

1

additional alternatives to sealing these documents that would adequately protect the compelling interests identified by the government.

Dated: April 23, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE