MICHELE BECKWITH
Acting United States Attorney
KIMBERLY A. SANCHEZ
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SALVADOR VEGA RENDON, JR.,<br><br>  Defendant. | CASE NO. 1:21-CR-00093-TLN-BAM<br><br>STIPULATION TO VACATE TRIAL AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON<br><br>Court: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial on May 13, 2025.

2. By this stipulation, defendant now moves to vacate the trial and to set the case for a change of plea hearing on **May 5, 2025 at 9:30 a.m. before the Hon. Troy L. Nunley in Courtroom 5.** The proposed change of plea date represents the earliest date that counsel are available, taking into account counsels' schedules, defense counsel's commitments to other clients, and the court's available dates for a change of plea hearing.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The discovery associated with this case is consists of investigative, forensic and expert reports, photographs, physical evidence and videos, and has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Defense counsel has received a plea agreement from the government and needs the additional time from the date of this filing to finalize the agreement and meet with her client to prepare for the change of plea hearing.

      c)      The government agrees with the request to set a change of plea prior to the date scheduled for trial.

      d)      While time has already been excluded through and until the date of trial, May 13, 2025, based on the above-stated findings, the ends of justice served by setting the case as requested also outweighs the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.      Speedy trial time has previously been excluded beyond the proposed change of plea hearing date.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 24, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: April 24, 2025

/s/ *Barbara O'Neill*
Attorney for Defendant
Salvador Vega Rendon, Jr.

## ORDER

IT IS SO ORDERED.

DATED: April 29, 2025

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION TO VACATE TRIAL AND
SET CHANGE OF PLEA HEARING

2